# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal Action No. 7:06-cr-9 (HL) |
| | : | |
| **BETTY SUE GRADDY,** | : | |
| | : | |
| Defendant. | : | |

_____

## ORDER

On September 25, 2006, Defendant Betty Sue Graddy ("Graddy") was found guilty of being a convicted felon in knowing possession of a firearm, in violation of Title 18 United States Code § 922(g)(1).  (Doc. 26.)  She has now filed two pro se motions: a "Motion for Extension of Time to File Motion for Judgment of Acquittal" (Doc. 28) and a "Motion for Judgment of Acquittal" (Doc. 29).  Graddy is represented by attorney John R. Thigpen, Sr. ("Thigpen"), whose signature does not appear on either motion.

As long as Graddy is represented by counsel, the Court prefers that she communicate with the Court through her lawyer.  Thigpen is directed to adopt or disclaim these motions within ten days of the date of entry of this Order.  The United States Attorney is directed to respond to the motions within ten days of Thigpen's response to this Order.

SO ORDERED, this the 16th day of October, 2006.

s/   Hugh Lawson               
HUGH LAWSON, JUDGE

pdl