# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Action No. 7:06-cr-9 (HL) |
| | : | |
| **BETTY SUE GRADDY,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

Defendant Betty Sue Graddy ("Graddy") filed three pro se motions in the present case: a Motion for Extension of Time to File (Doc. 28), a Motion for Judgment of Acquittal (Doc. 29) and a Motion to Proceed Pro Se (Doc. 32). These three motions came before the Court for a hearing on December 18, 2006. For the reasons set forth below more fully on the record during that hearing, Graddy withdrew all three motions. As such, the Motion for Extension of Time to File (Doc. 28), Motion for Judgment of Acquittal (Doc. 29) and Motion to Proceed Pro Se (Doc. 32) are terminated.

SO ORDERED, this the 18th day of December, 2006.

                                      **s/ Hugh Lawson**
                                      HUGH LAWSON, JUDGE

pdl